IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MAURICE WALLACE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Case No.: 3:09-cv-00342-JPG-DGW |
| | ) |
| CARL MILLER, et al. | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Pending before the Court is Plaintiff's Motion to Compel Answers to Interrogatories, or in the Alternative, Motion to Appoint Counsel and Memorandum in Support (Docs. 67 and 68). For good cause shown, the Court **GRANTS** Plaintiff's Motion to Appoint Counsel. Accordingly, after a random pick, attorney **Benjamin Lipman** of the law firm Lewis, Rice & Fingersh, 600 Washington Avenue, Suite 2500, St. Louis, Missouri 63101, is hereby **APPOINTED** to represent the Plaintiff in this matter pursuant to SDIL-LR 83.1(i).[1] Mr. Lipman is **directed** to file his entry of appearance **on or before November 25, 2010.** The Court informs **Mr. Lipman** that Plaintiff is currently incarcerated by the Illinois Department of Corrections at the Tamms Correctional Center.

In the event Plaintiff continues to experience difficulty obtaining discovery responses from Defendants, Plaintiff's appointed counsel may raise this issue with the Court. Therefore, Plaintiff's Motion to Compel Answers to Interrogatories is **DENIED without prejudice**.

**IT IS SO ORDERED**.

DATED:  November 4, 2010

_____
**DONALD G. WILKERSON**
**United States Magistrate Judge**

---

[1] Under SDIL-LR 83.1(i), every member of the bar of this Court shall be available for appointment to represent or assist in the representation of those who cannot afford to hire an attorney.